**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000428**
**22-DEC-2025**
**08:00 AM**
**Dkt. 9 ODSD**

NO. CAAP-25-0000428

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BREEZE CORLION DOLZOZI, Petitioner-Appellant,
v.
EYO ANNEX FELIPE JAVIER WILSON, Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DSS-25-0000137)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Petitioner-Appellant Breeze Corlion Dolzozi (Dolzozi) filed the notice of appeal in this case on May 30, 2025. The record on appeal was due, without extension, on July 29, 2025. Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 11(b)(1).

(2) On June 23, 2025, Dolzozi filed a motion for leave to proceed on appeal *in forma pauperis* with the District Court, which the District Court denied.

(3) On September 15, 2025, the appellate clerk entered a *Default of Record on Appeal*, informing Dolzozi that the time to docket the appeal expired on July 29, 2025; Dolzozi had not paid the filing and docketing fees of $285.00 or obtained a fee waiver; that pursuant to HRAP Rule 11(c)(2) the appellate court would be notified of the matter on September 25, 2025 for action which may include dismissal of the appeal; and that Dolzozi may request relief from default by motion.

(4)  The appellate clerk mailed the default notice to Dolzozi at Dolzozi's address of record.  The United States Postal Service returned the notice as "not deliverable as addressed."

(5)  Dolzozi has not filed a notice of change of address, consistent with HRAP Rule 25(f), has not paid the required filing fees or obtained a fee waiver, and has not taken any further action in this appeal.  An appeal may be dismissed where the record on appeal has not been prepared because the appellant has failed to pay the required fees or obtain a fee waiver.  HRAP Rules 11(b)(2), 11(c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, December 22, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge